**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Barbara Kaplan LEWINSON, Respondent.**

**No. 400 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 25, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 25th day of March, 1998, there having been filed with this Court by Barbara Kaplan Lewinson her verified Statement of Resignation stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Barbara Kaplan Lewinson be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John J. ZAGARI, Respondent.**

**No. 210 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 25, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 25th day of March, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 15, 1998, it is hereby

ORDERED that JOHN J. ZAGARI be and he is SUSPENDED from the Bar of this Commonwealth for a period of eighteen (18) months, retroactive to July 26, 1996, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

CAPPY, J., did not participate in this matter.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Rodney COLLINS, Appellant.**

Supreme Court of Pennsylvania.

March 26, 1998.

*ORDER*

PER CURIAM

AND NOW, this 26th day of March, 1998, the Emergency Motion for Stay of Execution is granted pending final disposition by the United States Supreme Court of any timely filed petition for writ of certiorari from this Court's ruling in *Commonwealth v. Collins,* 549 Pa. 593, 702 A.2d 540 (1997).